CHRISTINE M. BOOZE
Nevada Bar No. 7610
LARA L. MILLER
Nevada Bar No. 12618
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for Patriot Solar Group LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEWENZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KARIM LANDRY, an individual; DOES 1 through 10, ROE ENTITIES 11 through 20, and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants.<br><br>KARIM LANDRY, an individual,<br><br>v.<br><br>DAVID LEWENZ, an individual, PATRIOT SOLAR GROUP, LLC., a Michigan Limited Liability Company; FOX RENT-A-CAR, a Nevada registered foreign corporation; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE,<br><br>Intervenor. | CASE NO.:   2:20-cv-01994-KJD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF KARIM LANDRY'S CLAIMS AGAINST DEFENDANT PATRIOT SOLAR GROUP, LLC, ONLY** |

/ / /

/ / /

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF KARIM LANDRY'S CLAIMS AGAINST DEFENDANT PATRIOT SOLAR GROUP, LLC, ONLY**

IT IS HEREBY STIPULATED by and between Darius F. Rafie and Richard R.K. Waltjen of MORTENSEN & RAFIE, LLP, attorneys for the Plaintiff, KARIM LANDRY; and Christine M. Booze and Lara L. Miller of WINNER & SHERROD, LTD., attorneys for Defendant, PATRIOT SOLAR GROUP, LLC; Brian D. Nettles and Kylee Gloeckner of NETTLES | MORRIS, attorneys for Plaintiff DAVID LEWENZ; and Gina Gilbert Winspear of DENNETT WINSPEAR, LLP, attorneys for Intervenor STATE FARM MUTUAL AUTOMOBILE INSURNACE COMPANY, that Plaintiff Karim Landry's Complaint be dismissed with prejudice as to Defendant, PATRIOT SOLAR GROUP, LLC, only, and each party to bear their own costs and attorney's fees.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    IT IS FURTHER STIPULATED that this dismissal with prejudice be limited to Plaintiff
2 KARIM LANDRY's claims against Defendant PATRIOT SOLAR GROUP, LLC, only.

4 DATED this 3rd day of November, 2020.        DATED this 3rd day of November, 2020.

5 **NETTLES / MORRIS**                          **WINNER & SHERROD**

7 By: */s/ Kylee L. Gloeckner*                  By: */s/ Lara L. Miller*
  BRIAN D. NETTLES, ESQ.                       CHRISTINE M. BOOZE, ESQ.
8 Nevada Bar No. 7462                          Nevada Bar No. 7610
  KYLEE L. GLOECKNER, ESQ.                     LARA L. MILLER, ESQ.
9 Nevada Bar No. 14056                         Nevada Bar No. 12618
  1389 Galleria Drive, Suite 200               WINNER & SHERROD
10 Henderson, Nevada 89014                      1117 South Rancho Drive
                                                Las Vegas, Nevada 89102
11 *Attorneys for Plaintiff David Lewenz*       *Attorneys for Patriot Solar Group LLC*

13 DATED this 3rd day of November, 2020.        DATED this 3rd day of November, 2020.

14 **MORTENSON & RAFIE, LLP**                   **DENNETT WINSPEAR, LLP**

16 By: */s/ Richard R.K. Waltjen*               By: */s/ Gina Gilbert Winspear*
   DARIUS F. RAFIE, ESQ.                        GINA GILBERT WINSPEAR, ESQ.
   Nevada Bar No. 6465                          Nevada Bar No. 005552
17 RICHARD R.K. WALTJEN                         3301 North Buffalo Drive, Suite 195
   Nevada Bar No. 13416                         Las Vegas, NV 89129
18 10781 West Twain A venue                     *Attorney for Intervenor State Farm Insurance*
19 Las Vegas, Nevada 89135                      *COMPANY*
   *Attorney for Plaintiff Karim Landry*

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Karim Landry's Complaint be dismissed with prejudice as to Defendant, PATRIOT SOLAR GROUP, LLC, only, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that this dismissal with prejudice be limited to Plaintiff KARIM LANDRY's claims against Defendant PATRIOT SOLAR GROUP, LLC, only.

DATED this  5th  day of  November  2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WINNER & SHERROD, LTD.

 /s/ Lara L. Miller 
Christine M. Booze
Nevada Bar No. 7610
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant Patriot Solar Group, LLC*