1  GINA GILBERT WINSPEAR, ESQ.
   Nevada Bar No. 005552
2  gwinspear@dennettwinspear.com
   MEREDITH L. HOLMES, ESQ.
3  Nevada Bar No. 11602
   mholmes@dennettwinspear.com
4  **DENNETT WINSPEAR, LLP**
   3301 N. Buffalo Drive, Suite 195
5  Las Vegas, Nevada  89129
   Telephone:  (702) 839-1100
6  Facsimile:   (702) 839-1113
7  **Attorneys for Defendant**
   **STATE FARM INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LEWENZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:20-cv-01994-KJD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)** |

The Parties, by and through their respective attorneys of record, pursuant to Local Rules IA 6-1 and 26-3, file this stipulation and order to extend the deadline by which to file dispositive motions.  The parties seek to extend this deadline by 33 days.  This is the first stipulation for extension of time to file dispositive motions.

The parties are not seeking to reopen any discovery deadline, but only wish to extend the deadline to file dispositive motions.  The current deadline to file dispositive motions is November 25, 2021.  Per Local Rule 26-3, a request made within 21 days of the subject deadline must be supported by a showing of good cause.

/ / /

/ / /

/ / /

The parties are requesting this extension on the basis that they are working together to determine whether the case can be entered into binding arbitration for the contractual claims, with the extracontractual claims to be stayed while that binding arbitration is completed. It is possible that additional litigation following the binding arbitration would be unnecessary. Further, the only dispositive motions that would be appropriate in this case would be to address the extracontractual claims. As a result, there is good cause to extend the deadline to file the dispositive motion deadline, as it would potentially save both parties time and resources that would be needed to file dispositive motions that would ultimately be unnecessary, and Court resources in reviewing and potentially deciding on motions that may ultimately be unnecessary. The parties did not intend to delay the Court's calendar or docket management, but are working diligently to come up with the most efficient manner of litigating the claims involved in the case, without wasting the Court's or the parties time or resources if possible.

The parties propose the following dates for Dispositive Motions and Pre-Trial Order should the request be granted:

A. **Dispositive Motions**. Tuesday, December 28, 2021.

B. **Pre-trial Order**. The joint pre-trial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pre-trial order shall be filed on or

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Lewenz v State Farm<br>
Case No.: 2:20-cv-01994-KJD-EJY<br>
Stip and Order to Extend

before Thursday, January 27, 2022. In the event that dispositive motions are filed, the joint pre-trial order shall be filed no later than 30 days after the order(s) on the dispositive motions are entered.

| | |
|---|---|
| DATED: _____11/24/21_____ | DATED: _____11/24/21_____ |
| **NETTLES | MORRIS** | **DENNETT WINSPEAR, LLP** |
| By  */s/ Alexandra B. McCleod* | By  */s/ Gina Gilbert Winspear* |
| BRIAN D. NETTLES, ESQ.<br>Nevada Bar No. 7462<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 11218<br>ALEXANDRA B. MCLEOD, ESQ.<br>Nevada Bar No.8185<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>***Attorneys for Plaintiff,***<br>***David Lewenz*** | GINA GILBERT WINSPEAR, ESQ.<br>Nevada Bar No. 5552<br>MEREDITH L. HOLMES, ESQ.<br>Nevada Bar No. 11602<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>***Attorneys for Defendant,***<br>***State Farm Insurance Company*** |

**ORDER**

IT IS SO ORDERED.

DATED: November 29, 2021

_____
UNITED STATES MAGISTRATE JUDGE

3