GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 011602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
**Attorneys for Defendant
STATE FARM INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEWENZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:20-cv-01994-KJD-EJY<br><br>**ORDER ON STIPULATION AND ORDER TO BIFURCATE CLAIMS AND STAY CASE** |

Plaintiff, David Lewenz, and Defendant State Farm Mutual Automobile Insurance Company, hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1. The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2. To effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of his entitlement to contractual benefits.

3. It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

. . .

4. The Parties further agree that Plaintiff's extra-contractual claims and causes of action be bifurcated and stayed pending the outcome of the binding arbitration. If the Parties are then unable to resolve the extra-contractual claims following the outcome of the binding arbitration, they will seek brief and limited discovery on the extra-contractual claims and claims-handling only and proceed to settlement conference or trial as warranted.

**IT IS SO MOVED AND STIPULATED.**

DATED:  December 23, 2021              DATED:  December 23, 2021

**NETTLES | MORRIS**                    **DENNETT WINSPEAR, LLP**

By  */s/ Alexandra B. McLeod*           By  */s/ Meredith L. Holmes*
BRIAN D. NETTLES, ESQ.                  GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 007462                   Nevada Bar No. 005552
CHRISTIAN M. MORRIS, ESQ.               MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 011218                   Nevada Bar No. 011602
ALEXANDRA B. MCLEOD, ESQ.               3301 N. Buffalo Drive, Suite 195
Nevada Bar No. 008185                   Las Vegas, Nevada 89129
801 South Fourth Street                 ***Attorneys for Defendant,***
Las Vegas, Nevada 89101                 ***State Farm Insurance Company***
***Attorneys for Plaintiff,***
***David Lewenz***

**ORDER**

IT IS SO ORDERED.

DATED: January 3, 2022

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

2