GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 011602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
**Attorneys for Defendant
STATE FARM INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LEWENZ, an individual, | Case No.: 2:20-cv-01994-KJD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between, CHRISTIAN M. MORRIS, ESQ. and JAMIE N. McINELLY, ESQ. of the law firm of CHRISTIAN MORRIS TRIAL ATTORNEYS, attorneys for Plaintiff DAVID LEWENZ; and GINA GILBERT WINSPEAR, ESQ. and MEREDITH L. HOLMES, ESQ. of the law firm of DENNETT WINSPEAR, LLP, attorneys for

. . .

. . .

. . .

. . .

. . .

. . .

Defendant STATE FARM INSURANCE COMPANY, that the within matter be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 31st day of August, 2023.     Dated this 31st day of August, 2023.

**DENNETT WINSPEAR, LLP**     **CHRISTIAN MORRIS TRIAL ATTORNEYS**

By  */s/ Meredith L. Holmes*     By  */s/ Jamie McInelly*
GINA GILBERT WINSPEAR, ESQ.     CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 005552     Nevada Bar No. 011218
MEREDITH L. HOLMES     JAMIE McINELLY, ESQ.
Nevada Bar No. 011602     Nevada Bar No. 015963
3301 N. Buffalo Drive, Suite 195     2250 Corporate Circle, Suite 390
Las Vegas, Nevada 89129     Henderson, Nevada 89074
Telephone: (702) 839-1100     Telephone: (702) 434-8282
Facsimile: (702) 839-1113     Facsimile: (702) 434-1488
*Attorneys for Defendant*     *Attorneys for Plaintiff*
*STATE FARM INSURANCE COMPANY*     *DAVID LEWENZ*

### ORDER

UPON Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 10/12/2023

Submitted by:
**DENNETT WINSPEAR, LLP**

By  */s/ Meredith L. Holmes*
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 011602
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
**Attorneys for Defendant**
**STATE FARM INSURANCE COMPANY**

2